**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                                 )<br>           Plaintiff,                       )<br>                                                 )<br>vs.                                              )<br>                                                 )<br>                                                 )<br>Julian Mendoza,                        )<br>                                                 )<br>           Defendant/Movant.       )<br>_____)  | No. CR09-1406-PHX-SRB<br>     CV11-0513-PHX-SRB<br>**ORDER** |

Movant, Julian Medoza, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on April 13, 2011.  Plaintiff filed its response in opposition on October 27, 2011.  Movant did not file a reply.

The Magistrate Judge filed his Report and Recommendation on December 8, 2011 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.  The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2   as the order of this Court (Doc. 16).
3   IT IS FURTHER ORDERED that Movant's Motion to Vacate, Set Aside, or Correct
4   Sentence is denied.  (Doc.6).

6   DATED this 11th day of January, 2012.

_____
Susan R. Bolton
United States District Judge